USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/4; 14243

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Evelina Calcano,

    Plaintiff,

 –v–

Tumi, Inc,

    Defendant.

19-cv-11435 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

 The parties shall file a status report by August 13, 2021.

SO ORDERED.

Dated: July 29, 2021
   New York, New York

_____
ALISON J. NATHAN
United States District Judge