UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Evelina Calcano,

                Plaintiff,

      –v–

Tumi, Inc.,

                Defendant.

19-CV-11435 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    On July 31, 2020, the Court granted the parties' joint request to stay this action. Dkt. No. 22. On July 29, 2021, the Court ordered the parties to file a joint status report by August 13, 2021. Dkt. No. 23. The Court is not in receipt of that update. The parties shall file a joint status report by August 20, 2021.

    SO ORDERED.

Dated: August 16, 2021
       New York, New York

                                    ALISON J. NATHAN
                                  United States District Judge