```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/14/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Evelina Calcano,

                Plaintiff,

      –v–

Tumi, Inc.,

                Defendant.

19-cv-11435 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    On August 23, 2021, the Court granted the parties' joint request to adjourn this matter for 45 days pending a decision from the Second Circuit. Dkt. No. 26. The Court is not in receipt of an update. The Court therefore orders that the parties shall jointly file an update by January 11, 2022, or, if earlier, within 10 days of the Second Circuit's decision.

    SO ORDERED.

Dated: October 14, 2021
       New York, New York

_____
ALISON J. NATHAN
United States District Judge