```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/18/22
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Evelina Calcano,

        Plaintiff,

–v–

Tumi, Inc.,

        Defendant.

19-cv-11435 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    The Court on October 14, 2021, ordered the parties to jointly file a status update by January 11, 2022, or, if earlier, within 10 days of the Second Circuit's decision. The Court is not in receipt of any update. The parties shall jointly file an update by February 4, 2022, or, if earlier, within 10 days of the Second Circuit's decision.

    SO ORDERED.

Dated: January 18, 2022
      New York, New York

                                        ALISON J. NATHAN
                                        United States District Judge